## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON LANE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 12-2828 |
| | : | |
| SUPERINTENDENT T. BICKEL, et al., | : | |
| Respondents. | : | |
| | : | |

## ORDER

**AND NOW**, this 5th day of August, 2013, upon careful consideration of the petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. No. 18) and the Objections filed by Petitioner (Doc. No. 21), and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1.    Petitioner's objections are **OVERRULED**;

2.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

3.    The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

4.    There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**